IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELZIE ISAAC,

           Plaintiff,                                    ORDER

   v.

                                                       20-cv-784-wmc

SGT. ROEN,

           Defendant.

---

*Pro se* plaintiff Elzie Isaac is proceeding against Sergeant Roen on an Eighth Amendment failure-to-protect claim. Roen filed for summary judgment on December 15, 2022. (Dkt. #29.) After Isaac's deadline to respond passed, the court gave him until January 27, 2023, to file a response or his case would be dismissed with prejudice. (Dkt. #34.) That deadline has also passed without word from Isaac. The court must therefore assume that Isaac has abandoned this lawsuit and will dismiss it with prejudice under Federal Rule of Civil Procedure 41(b) for his failure to prosecute it.

ORDER

    IT IS ORDERED that this lawsuit is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute it.

    Entered this 3rd day of February, 2023.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge